[No. 15607–1–I.   Division One.   January 26, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
A. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–03739–5, Shannon Wetherall, J., entered

October 18, 1984. *Affirmed* by unpublished per curiam opinion.